

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2014

No. 04-14-00256-CR

Jeffrey **LEE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR6806
Honorable Raymond Angelini, Judge Presiding

## O R D E R

On September 26, 2014, appellant's appointed attorney, Mr. Karl Basile, filed a motion to withdraw as appellate counsel. Mr. Basile states appellant filed a grievance against him, which was dismissed on September 8, 2014, but appellant has decided to appeal the dismissal. We GRANT the motion to withdraw.

Appellant, whose brief is currently due on October 9, 2014, is now without representation. We therefore ORDER that this appeal is ABATED to the trial court. *See Duncan v. State*, 653 S.W.2d 38, 40 (Tex. Crim. App. 1983) (holding that appellate courts may abate appeals so that trial court can assure appellant has effective assistance of counsel). We remand the cause to the trial court for it to make appropriate findings and rule on these issues:

(1) Does appellant desire to prosecute his appeal?

(2) Is appellant indigent? If appellant is indigent and desires to prosecute his appeal, the trial court should take steps necessary to ensure effective assistance of counsel, including the appointment of new counsel, if necessary. If appellant desires to proceed pro se, the trial court is directed to determine appellant's ability and capacity to knowingly and intelligently waive his right to counsel. *See Ex parte Davis*, 818 S.W.2d 64, 66-68 (Tex. Crim. App. 1991); *Hubbard v. State*, 739 S.W.2d 341, 345 (Tex. Crim. App. 1987). The trial should consider whether allowing appellant to proceed pro se on appeal is in the best interests of the appellant and the government. *Martinez v. California*, 528 U.S. 152, 120 S. Ct. 684, 691-92 145 L. Ed.2d 597 (2000).

We further ORDER he trial court to file in this court, <u>no later than October 29, 2014</u>, (1) a reporter's record of the hearing, and (2) a supplemental clerk's record containing the court's written findings of fact and conclusions of law on the above issues.

All other appellate deadlines are suspended until further notice from this court.


_Sandee Bryan Marion_
Sandee Bryan Marion, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2014.

Keith E. Hottle
Clerk of Court